UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEDA D. ANDERSON, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION NO. 2:14-CV-00055-JRG |
| V. | § | |
| | § | |
| WAL-MART STORES, INC. | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS

On this date, after considering Defendant's Unopposed Motion to Dismiss along with the pleadings on file herein, and it appearing from the record that all conditions precedent to the granting of said Motion have been met, it is the opinion of the Court that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Walmart Stores, Inc. are dismissed, without prejudice. Each party shall bear its own costs, fees and expenses.

So ORDERED and SIGNED this 23rd day of April, 2014.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE